FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2020

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER WIRTS,<br><br>                  Plaintiff,<br><br>      v.<br><br>HEATHER WILSON, in her official capacity as the Secretary of the United States Air Force,<br><br>                  Defendant. | No.   2:18-cv-00343-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 13, 2020, Plaintiff Christopher Wirts filed a notice of voluntary dismissal, ECF No. 50. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's Notice of Dismissal, **ECF No. 50**, is **ACKNOWLEDGED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE - 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of January 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2